IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRELL MADISON, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00014-TES-CHW |
| | * |
| WARDEN WALTER BERRY et al., | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 3, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of September, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk